IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD M. BIRD,

    Plaintiff,                    No. CIV.S. 05-1757 LKK GGH PS

    vs.

ANN MARIE EVERSOLE, et al.,,

    Defendants.                ORDER

_____/

        Defendants' motion to dismiss presently is calendared for hearing on December 8, 2005. Due to findings and recommendations issued October 20, 2005, that motion will be vacated from the calendar pending the district court's decision.

        Accordingly, IT IS ORDERED that defendants' October 6, 2005 motion to dismiss is vacated from the December 8, 2005 calendar.

DATED: 11/30/05

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    U. S. MAGISTRATE JUDGE

GGH:076:Bird1757.vac.wpd